IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CV-8-FL

| | | |
|---|---|---|
| LEONARD M. PREZORSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM I. GRIGGS, III, d/b/a Inlet | ) | |
| Charters in personam, and The Oil Screw | ) | |
| STORMY II, NC Registration Number: | ) | |
| NC 6599 WU, her engines, equipment, | ) | |
| tackle and apparel, in rem, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the suggestion of bankruptcy filed by defendant William I. Griggs, III, on July 27, 2010. Pursuant to this filing, it appears to the court that defendant Griggs has filed a Chapter 7 bankruptcy petition in the Eastern District of North Carolina, Case No. 10-05144-8-RDD, and is thus entitled to the protections of the automatic stay provisions of 11 U.S.C. § 362. Therefore, this action is hereby STAYED with respect to defendant Griggs during the pendency of the bankruptcy case or until such time as the bankruptcy court shall order otherwise.

Counsel is DIRECTED to notify the court immediately upon the conclusion of the bankruptcy proceedings **by filing with this court a notice stating the disposition of the bankruptcy case and including the final order in the bankruptcy matter or other disposing order issued by the bankruptcy court.**

SO ORDERED, this the 24th day of August, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge